# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 8 2013
CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE UNSEALED 8/28/13 KCM

~~SEALED~~ ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **13MJ3222**

The person charged as **Darren David Chaker** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the

___Southern___ District of ___Texas___ with: **Order of the court; Court has ordered Revocation of Release and for Warrant to be Issued.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 08/28/2013

_____ (signature)

___Lemuel Watkins III.___ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: ___8/28/2013___

_____ (signature)

___Matthew Sutton___ (print)
Assistant United States Attorney

Case 4:12-cr-00168   Document 228 *SEALED*   Filed in TXSD on 08/21/13   Page 1 of 1

RECEIVED
UNITED STATES MARSHAL

13 AUG 21  PM 2: 42

SOUTHERN DIST. S/TX

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Sealed

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-12-168-S |
| | § | |
| DARREN DAVID CHAKER, | § | |
| a/k/a DARREN Del NERO, | § | |
| a/k/a DARRIN SHACKLER, | § | |
| | § | |
| DEFENDANT | § | |

## ORDER

The Government's Ex Parte Motion for Revocation of Release, is **GRANTED**. It is hereby **ORDERED** that an arrest warrant be issued for the defendant, **DARREN DAVID CHAKER, a/k/a DARREN Del NERO, a/k/a DARRIN SHACKLER, a/k/a/ D. DAVID HUNTER**. It is further **ORDERED** that NO BOND be issued for the defendant and that a hearing date be set in the Southern District of Texas within five (5) days of the defendant's appearance in U.S. Magistrate Court.

SIGNED at Houston, Texas, on 21st Day of August, 2013.

NANCY F. ATLAS
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By_____
Deputy Clerk