# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN D. CHAKER,<br><br>Defendant. | Case No. 13mj3222-JLB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL**<br><br>[ECF No. 14] |

On October 30, 2014, Defendant Darren D. Chaker sent to the Court, but did not file, the instant Motion to Seal Partial Record. By direction of the Court, that motion was filed, under seal, on December 30, 2014. (ECF No. 14.) By this motion, Defendant moves the Court to seal (1) a letter, entitled Confidential Request to Seal Records, which was previously submitted by the Defendant but rejected for filing by the Court on November 20, 2013 (ECF No. 10); (2) the docket entry for ECF No. 6; and (3) the recording of Defendant's bond hearing on September 5, 2013 (ECF No. 6).

1  As to the Confidential Request to Seal Records (ECF No. 10), this document was
2  not accepted for filing, and instead was rejected due to discrepancies. Because this
3  Confidential Request is not a part of the case file, having been rejected for filing, there is
4  no reason why the document should be accessible to the public, especially in light of the
5  privacy concerns expressed by Defendant. Defendant's motion to seal the Confidential
6  Request to Seal Documents, currently visible as Page 2 of ECF No. 10, is **GRANTED.**[1]

7  As to Defendant's motion to seal the docket entry at ECF No. 6, that request is
8  **DENIED IN PART** and **GRANTED IN PART**. Defendant's "legal name" as set forth in
9  the docket entry is ordered redacted/stricken. The remainder of the docket entry text will
10 remain in place.

11 As to Defendant's motion to seal the recording of Defendant's bond hearing, this
12 motion was previously denied by Judge McCurine. (ECF No. 12.) Because Defendant
13 has not presented the Court with any new or additional material information since this
14 motion was denied by Judge McCurine, the motion is **DENIED**.

IT IS SO ORDERED.
DATED: December 30, 2014

_____
HONORABLE JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

---

[1] Page 1 of ECF No. 10 is the Discrepancy Order, and is to remain unsealed.